IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAMIEN R. BURDETTE, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action No. |
| : | 1:21-cv-02653-WMR |
| ABS AUTOMOTIVE, INC. AND : | |
| LAMAR HAYGOOD, : | |
| : | |
| Defendants. : | |

## ORDER

Plaintiff having responded to this Court's Order [Dkt. 8] and moved to dismiss this matter without prejudice, the Court having reviewed the same and for good cause shown, it is hereby ORDERED that Plaintiff's motion is GRANTED and this case is dismissed without prejudice.

**IT IS SO ORDERED** this 14th day of March 2022.

William M. Ray, II
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1